CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 14 2019

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:19mj00001 | Date and time warrant executed: 1/11/19 1:23pm | Copy of warrant and inventory left with: Facebook |
|---|---|---|

Inventory made in the presence of: FBI

Inventory of the property taken and name(s) of any person(s) seized:

Digital Business Records - on 2/5/2019 @ 11:43

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/14/19

_Executing officer's signature_

Devin Jay L - TFO
_Printed name and title_

Received in chambers by reliable electronic means on March 14, 2019.

_[signature]_ Robert C. Hoppe

USMJ